STATE OF NEW JERSEY v. HENRY OLIVERIA.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LESTER SMALL.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE JOCKS.

October 3, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT ANDREW BIRD.

October 3, 1985.

Petition for certification denied.